

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:18CR162 |
| | ) | |
| NAKAI KOYENHAN, | ) | |
| | ) | |
| Defendant. | ) | |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$390,938.97** jointly and severally with any other defendants who are ordered to pay restitution for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Courts shall forward all restitution payments to the victim Church Point Manor, LLC at 308 Golden Oak Court, Suite 115, Virginia Beach, VA 23454.

4. Interest:

    ✓ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $150.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/ Arenda L. Wright Allen
United States District Judge

Honorable Arenda L. Wright Allen
United States District Judge

ENTERED this 26th day of July, 2019.

at Norfolk, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Alan Mark Salsbury
Managing Assistant United States Attorney
United States Attorney's Office
101 West Main Street
Suite 8000
Norfolk, Virginia 23510
Telephone (757) 441-6331
alan.salsbury@usdoj.gov

SEEN AND AGREED:

Nakai Koyenhan
Defendant

Shawn M. Cline
Counsel for Defendant
Law Office of Shawn M. Cline, P.C.
21A East Queens Way
Hampton, Virginia 23669
Telephone (757) 224-1777
scline@hamptonroadsdefense.com

2